UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61736-CIV-SINGHAL/Damian

AMILCAR AMBIELA,

    Plaintiff,

v.

ROKO INVESTMENTS 2, LLC,
ROKO INVESTMENTS, LLC,
d/b/a OLENKA ARTISAN BAKERY,
OSCAR PRIETO, and
OLENKA RIGLOS,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation on Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE [37]) issued on January 20, 2023. Therein, Magistrate Judge Damian considered the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE [33]) and, following a Fairness Hearing held on January 17, 2023, recommends the Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE [33]) be granted and the Settlement Agreement be approved.

The parties were given five days to file any objections to the magistrate judge's factual findings and recommendation. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's

review of the Report and Recommendation (DE [37]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation (DE [33]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation on Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE [37]) is **AFFIRMED** and **ADOPTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE [33]) is **GRANTED**.

2. The Settlement Agreement (DE [33-1]) between Plaintiff, AMILCAR AMBIELA, and Defendants, ROKO INVESTMENTS 2, LLC, ROKO INVESTMENTS, LLC, OSCAR PRIETO, and OLENKA RIGLOS, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement (DE [33-1]).

5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

6. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of February 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF